IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-94-134-CV




MICHAEL MEYER,



 APPELLANTS


vs.




ROUND ROCK INDEPENDENT SCHOOL DISTRICT,



 APPELLEE



 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 92-10484, HONORABLE JERRY DELLANA, JUDGE PRESIDING


 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.



Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: June 29, 1994

Do Not Publish